```
            UNITED STATES DISTRICT COURT FOR THE
               MIDDLE DISTRICT OF PENNSYLVANIA


ANTHONY ROYAL,                      :
                                    :
          Plaintiff                 :
     vs.                            :   CIVIL NO. 1:06-CV-0251
                                    :
DR. ANDERSON,                       :   (Judge Caldwell)
ONE UNKNOWN NURSE AT                :
LYCOMING COUNTY JAIL, and           :
CHRIS EBNER,                        :

          Defendants
```

O R D E R

AND NOW, this 2nd day of May, 2007, upon consideration of the Report and Recommendation of the Magistrate Judge (doc. 36), filed April 5, 2007, to which no objections were filed, it is ordered that:

1. The Report of the Magistrate Judge is adopted;

2. Defendant Dr. Anderson is dismissed;

3. The case is remanded to the Magistrate Judge for further proceedings.

                                          /s/William W. Caldwell
                                          William W. Caldwell
                                          United States District Judge