UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY ROYAL, | : |
| | : |
| Plaintiff | : |
| vs. | :   CIVIL NO. 1:06-CV-0251 |
| | : |
| | :   (Judge Caldwell) |
| ONE UNKNOWN NURSE AT | : |
| LYCOMING COUNTY JAIL, and | :   (Magistrate Judge Smyser) |
| CHRIS EBNER, | : |
| Defendants | |

*O R D E R*

AND NOW, this 2nd day of November, 2007, upon consideration of the Report and Recommendation of the Magistrate Judge (doc. 44), filed September 13, 2007, to which no objections were filed, and upon independent review of the record, it is ordered that:

1. The Report of the Magistrate Judge (doc. 44) is adopted;

2. The complaint is dismissed without prejudice, for failure to prosecute and for failure to comply with a court order, pursuant to Federal Rule of Civil Procedure 41(b);

3. The Clerk of Court shall close this file.

/s/William W. Caldwell
William W. Caldwell
United States District Judge